# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Larry Gene Childers, Jr., | ) | Case No. 1:20-cr-017 |
| | ) | |
| Defendant. | ) | |

Defendant's initial appearance and arraignment are presently scheduled for March 23, 2020, at 10:30 a.m. CDT. Arrangements have been made for defendant to appear via video from a federal courthouse in Newport News, Virginia.

The court finds it prudent to reschedule defendant's hearings to later date and time given the outbreak of COVID-19 currently gripping the country. Accordingly, on its own motion, the court cancels defendant's initial appearance and arraignment with the understanding that they will be rescheduled a future date.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2020.

                                                         */s/ Clare R. Hochhalter*
                                                         Clare R. Hochhalter, Magistrate Judge
                                                         United States District Court