# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1:20-cr-017 |
| Larry Gene Childers, Jr., | ) | |
| Defendant. | ) | |

Defendant is presently residing at his home in Virginia. He has executed a Plea Agreement that provides in relevant part that he will plead guilty to the offense charged in Count of Four of the Indictment, as Class A misdemeanor, and will join in the United States recommendation at sentencing that the remaining counts in the Indictment be dismissed. (Doc. No. 48). His change of plea and sentencing are presently scheduled for February 1, 2021, at 1:30 PM CST by video conference. (Doc. No. 61).

The Court's Administrative Order In re: Operations Under Exigent Circumstances Created by COVID-19 authorizes the use of video conferencing, or telephone conferencing if video conferencing is not reasonably available, for misdemeanor pleas and sentencings. The Court finds video conferencing is not reasonably available in this instance given the courthouse's technological limitations and the logistical difficulties it has encountered when endeavoring to arrange for Defendant's appearance by video. Accordingly, the Court shall conduct Defendant's plea and sentencing by telephone. To appearing and participate in the plea and sentencing, parties shall call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhlater, Magistrate Judge
United States District Court